Respondent. CORA B. WIGHTMAN and Another; Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. COFFEY, as Administrator, etc., of MICHAEL J. COFFEY, Deceased, Respondent, v. KATHERINE LEXOW, Appellant.— Order of June 5, 1920, reversed; order of May 10, 1920, modified as provided in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE G. BRANDENBURG and Others, Copartners, etc., Respondents, v. ECLIPSE MACHINE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

LA DORA TOILET PREPARATIONS, INC., Respondent, v. GUILFORD DRUG COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. ZECCHINI, Respondent, v. FRANCIS R. MAYER and Another, Appellants, Impleaded with Another.— Order modified by granting motion as to demands Nos. 3 and 4, and as so modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. ZECCHINI, Respondent, v. FRANCIS R. MAYER and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS J. MEEHAN and Another, Copartners, etc., Respondents, v. REBA V. B. COHEN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSE S. ROBERTS, Respondent, v. BENJAMIN H. ROBERTS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

COLONIAL PANAMA CORPORATION, Respondent, v. UNITED SHIRT SHOPS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MURRAY BROWN, Respondent, v. ROYAL RIBBON AND CARBON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MOODY ENGINEERING CO., INC., Respondent, v. CATALANA DE GAS Y ELECTRICIDAD, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT I. JOHNS, Respondent, v. ARTHUR H. LAMBORN and Others, Individually and as Copartners, etc., Appellants.— Order reversed, with